IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **Carrie L. Smith,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. |
| | ) 13-3253-CV-S-JTM |
| **Carolyn W. Colvin,** | ) |
| **Defendant.** | ) |

# O R D E R

On Wednesday, July 30, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 27, 2014, [Doc. 8] and the *Brief For Defendant*, filed May 27, 2014, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on July 30, 2014. In particular, this matter should be heard on remand by an Administrative Law Judge different from the Administrative Law Judge who conducted the original hearing for the claimant. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                            */s/ John T. Maughmer*
                                              **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**