IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Carrie Luellen Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-3253-CV-S-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Application for Attorney's Fees Under The Equal Access to Justice Act,* filed October 3, 2014 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Application for Attorney's Fees Under The Equal Access to Justice Act,* filed October 3, 2014 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $7,154.00 as well as $400.00 in reimbursement of the filing fees.

                                                   */s/ John T. Maughmer*
                                                  **John T. Maughmer**
                                    **United States Magistrate Judge**